1 | DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
2 | A Professional Corporation
1001 Marina Village Parkway, Suite 200
3 | Alameda, California 94501
Telephone (510) 337-1001
4 | Fax (510) 337-1023

5 | Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL No. 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, | No.   C05-03398 PJH |
| Petitioner, | STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL |
| vs. | |
| FEDERAL CONSTRUCTION COMPANY and ARCHITECTURAL SYSTEMS CORPORATION, | |
| Respondents. | |

IT IS HEREBY STIPULATED by and between the Petitioner and Respondent Federal Construction Company that the above entitled matter may be dismissed without prejudice. Each party shall bear its own costs and fees.

Dated: December 7, 2005

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____//S//_____
DAVID A. ROSENFELD
Attorneys for Petitioner

1

STIPULATION AND ORDER FOR DISMISSAL
C05-03398 PJH

1 | Dated: December 12, 2005

2 | COOK BROWN, LLP

3 | By: _____//S//_____
4 | BRIAN D. BERTOSSA
   | Attorneys for Respondent
   | Federal Construction Corporation

7 | ORDER

8 | IT IS SO ORDERED.

10 | Dated: 12/15/05 _____

11 | 

   | _____
   | UNITED STATES DISTRICT JUDGE

13 | 110977/404497

VAN BOURG, WEINBERG,
ROGER & ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA  94612
(510) 839-6600

2

STIPULATION AND ORDER FOR DISMISSAL
C05-03398 PJH